**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRACE STEINBERG,

        Plaintiff,

    -against-

CREDIT PROTECTION ASSOCIATION,

        Defendant.

Docket No.  1:20-cv-00772

**CORPORATE DISCLOSURE**
**STATEMENT**

Defendant CREDIT PROTECTION ASSOCIATION, L.P. ("CPA") sued herein as CREDIT PROTECTION ASSOCIATION by and through its attorneys, Hinshaw & Culbertson LLP, respectfully submits CPA's Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

CPA is owned by a privately held parent company, Etan Industries, Inc.  No publicly held corporation owns 10% or more of the stock of CPA.

Dated: New York, New York
February 5, 2020

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*
*Credit Protection Association*

By:   s/Hailey J. Barthel
       Hailey J. Barthel
       800 Third Avenue, 13th Floor
       New York, New York 10022
       Tel: (212) 471-6200
       Fax: (212) 935-1166
       Email: hbarthel@hinshawlaw.com

TO:    Edward B. Geller, Esq., P.C. *(via ECF)*
       Of Counsel to M. Harvey Rephen &
       Associates, P.C.
       *Attorney for Plaintiff*
       15 Landing Way
       Bronx, New York 10464