```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────
GRACE STEINBERG,

                    Plaintiff,        20-cv-772 (JGK)

       - against -                    ORDER

CREDIT PROTECTION ASSOCIATION,

                    Defendant.
─────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by **May 8, 2020.**

**SO ORDERED.**

**Dated:   New York, New York**
          **April 23, 2020**            \_\_/s/ John G. Koeltl_____
                                          **John G. Koeltl**
                                   **United States District Judge**